IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

VINCENT DEMAR WINTERS, JR.,,
Petitioner,

v.  Civil No. 3:20cv539 (DJN)

WARDEN JUSTIN ANDREWS,
Respondent.

## MEMORANDUM OPINION

Petitioner, a Virginia federal inmate proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. By Memorandum Order entered on July 28, 2020, the Court directed Petitioner, within fifteen (15) days of the date of entry thereof, to pay the $5.00 filing fee or complete and return an *in forma pauperis* affidavit. The Court warned Petitioner that it would dismiss the action if Petitioner did not pay the filing fee or complete and return the *in forma pauperis* affidavit within fifteen (15) days of the date of entry thereof. More than fifteen (15) days have elapsed since the entry of the July 28, 2020 Memorandum Order and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order will accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Petitioner.

/s/ 
David J. Novak
United States District Judge

Richmond, Virginia
Dated: September 4, 2020